**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **GURDEEP SINGH,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CIV-26-600-R** |
| | ) | |
| **FRED FIGUEROA, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## JUDGMENT

In accordance with the order entered April 30, 2026, the Petition for Writ of Habeas

Corpus is GRANTED in part and Respondents are directed to provide Petitioner with a

prompt, individualized bond hearing under 8 U.S.C. § 1226(a).

ENTERED this 1st day of May, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1